*Exhibit B - Time Records for Nathaly Saavedra, Esq.*

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | 🕐 | Conducted initial Consultation | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $310.00 | - | $310.00 |
| 08/29/2022 | 🕐 | Received and reviewed Documents provided by Client in support of Claim(s) | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $310.00 | - | $310.00 |
| 09/08/2022 | 🕐 | Call with Client re: Documents and potential Claims | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.40h | $350.00 | - | $140.00 |
| 10/19/2022 | 🕐 | Drafted complaint for Client's review and approval | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $310.00 | - | $310.00 |
| 10/25/2022 | 🕐 | Called client re: drafting his complaint to send for review | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 10/25/2022 | 🕐 | Drafted and filed summons for issuance for defendant Loman Distributors Inc | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 10/25/2022 | 🕐 | Drafted and file summons for issuance for defendant Manuel Lopez | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 10/25/2022 | 🕐 | Drafted civil cover sheet | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| | | | | | **15.97h** 0.00h | | **$0.00** | **$5,045.10** 15.97h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/25/2022 | 🕐 | email to client re: finalized complaint to be filed | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 10/25/2022 | 🕐 | email to process server re: summons and complaint for service | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 10/25/2022 | 🕐 | Finalized and filed Complaint | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 10/25/2022 | 🕐 | Received and confirmed assignment of case | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 10/25/2022 | 🕐 | Received issued summons for Corporate Defendant | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 10/25/2022 | 🕐 | Received issued summons for Individual Defendant | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 11/14/2022 | 🕐 | Conferred with Client re: missing documents for calculations | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.40h | $310.00 | - | $124.00 |
| 11/19/2022 | 🕐 | Received, reviewed and filed ROS for Individual Defendant | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 11/19/2022 | 🕐 | Received, reviewed and filed ROS for Corporate Defendant | EL22-03318-Saez EL- Saez, Iran v. Loman | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| | | | | | **15.97h** 0.00h | | **$0.00** | **$5,045.10** 15.97h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Distributors, Inc. | | | | | |
| 11/21/2022 | 🕐 | Served Statement of Claim, Order and supporting documents on Defendants' counsel per Court's Order | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 11/29/2022 | 🕐 | Received and reviewed Defendants' answer and affirmative Defenses | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.60h | $310.00 | - | $186.00 |
| 11/29/2022 | 🕐 | Conferral with OC re: Settlement conference requirement | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 11/30/2022 | 🕐 | Reviewed Order to ensure compliance with requirements | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 12/07/2022 | 🕐 | Conferral with OC re: Court's Order striking notice to notice of availability | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 12/07/2022 | 🕐 | Received and reviewed Defendants response to SOC | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.40h | $310.00 | - | $124.00 |
| 12/08/2022 | 🕐 | Conferral with OC re: Motion for Extension of time to attend settlement conference | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| | | | | | **15.97h** 0.00h | | **$0.00** | **$5,045.10** 15.97h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/08/2022 | 🕐 | Received reviewed order re: settlement conference to ensure compliance ECF No. 21 | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 12/16/2022 | 🕐 | Sent conferral to OC re: Affirmative Defenses and Motion to Strike | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 12/19/2022 | 🕐 | received and reviewed Amended Answer and Aff. Defenses filed | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 12/19/2022 | 🕐 | received and reviewed Order re referral to Magistrate ECF No. 28 | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.20h | $310.00 | - | $62.00 |
| 12/19/2022 | 🕐 | received and reviewed scheduling order to ensure compliance ECF No. 29 | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 12/19/2022 | 🕐 | received Discovery requests from Defendants | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $310.00 | - | $310.00 |
| 12/29/2022 | 🕐 | Call with OC re: settlement negotiations and conferral on mediator selection | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 01/06/2023 | 🕐 | Conferral with Client re: Discovery requests | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $310.00 | - | $310.00 |
| | | | | | **15.97h** 0.00h | | **$0.00** | **$5,045.10** 15.97h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/18/2023 | 🕐 | Received and reviewed additional records to continue settlement negotiations | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.00h | $350.00 | - | $350.00 |
| 01/19/2023 | 🕐 | Received and reviewed Offer of Judgment presented by Defendants | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 01/26/2023 | 🕐 | Review of offer of Judgment and records in preparation for meeting with Client. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 1.71h | $310.00 | - | $530.10 |
| 01/26/2023 | 🕐 | Meeting with Client re: Offer of Judgment | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.30h | $310.00 | - | $93.00 |
| 02/02/2023 | 🕐 | Email to OC re: Settlement proposed changes | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.10h | $310.00 | - | $31.00 |
| 02/14/2023 | 🕐 | Reviewed and made proposed changes to the Motion for approval | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Nathaly Saavedra | 0.96h | $350.00 | - | $336.00 |
|  |  |  |  |  | **15.97h** |  | **$0.00** 0.00h | **$5,045.10** 15.97h |