*Exhibit C - Time Records for Jocelyn R. Rocha, Esq.*

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/14/2022 | 🕒 | Finalized drafted SOC for Client's review and approval | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.50h | $200.00 | - | $100.00 |
| 11/15/2022 | 🕒 | Call w/ Client Re: calculation of damages | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.25h | $200.00 | - | $50.00 |
| 11/15/2022 | 🕒 | Reviewed case file and documents from Client to calculate damages for Statement of Claim. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 3.00h | $200.00 | - | $600.00 |
| 11/15/2022 | 🕒 | Drafted Statement of Claim. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 1.00h | $200.00 | - | $200.00 |
| 12/01/2022 | 🕒 | Drafted and filed Notice of Compliance with Court's Order ECF No. 13 | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.40h | $200.00 | - | $80.00 |
| 12/07/2022 | 🕒 | Drafted Plaintiff's Notice of the Parties' Availability, pursuant to ECF No. 4, 5, and 19. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| 12/07/2022 | 🕒 | Finalized and filed Plaintiff's Notice of the Parties' Availability, pursuant to ECF No. 4, 5, and 19. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.10h | $200.00 | - | $20.00 |
| 12/08/2022 | 🕒 | Drafted and filed re: notice of availability per the Court's Order | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| | | | | | 13.12h 0.00h | | $0.00 | $2,624.00 13.12h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/09/2022 | 🕐 | Drafted Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement (NONE disclosed), pursuant to ECF No. 11. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| 12/09/2022 | 🕐 | Finalized and filed Plaintiff's Certificate of Other Affiliates/ Corporate Disclosure Statement (NONE disclosed), pursuant to ECF No. 11. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.10h | $200.00 | - | $20.00 |
| 12/09/2022 | 🕐 | Drafted Joint Consent to Jurisdiction by a United States Magistrate Judge, pursuant to ECF No. 11. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| 12/09/2022 | 🕐 | Drafted Proposed Joint Scheduling Report and Joint Scheduling Form, pursuant to ECF No. 11. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 1.00h | $200.00 | - | $200.00 |
| 12/09/2022 | 🕐 | Email Correspondence to OC (Brian Pollock) Re: Conferral for Joint Consent to Jurisdiction by a United States Magistrate Judge, Joint Scheduling Report, and Joint Scheduling Form, pursuant to ECF No. 11. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.10h | $200.00 | - | $20.00 |
| 01/04/2023 | 🕐 | Drafted Notice of Filing Proposed Order Scheduling Mediation and | EL22-03318-Saez EL- Saez, Iran v. Loman | Jocelyn Rocha | 0.40h | $200.00 | - | $80.00 |
| | | | | | **13.12h** 0.00h | | **$0.00** | **$2,624.00** 13.12h |

# Time Records - EL22-0318-Saez

02/14/2023
3:36 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Order Scheduling Mediation. | Distributors, Inc. | | | | | |
| 01/04/2023 | 🕒 | Finalized and filed Notice of Filing Proposed Order Scheduling Mediation and Order Scheduling Mediation. | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.10h | $200.00 | - | $20.00 |
| 01/09/2023 | 🕒 | Prepared for Settlement conference | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 1.00h | $200.00 | - | $200.00 |
| 01/09/2023 | 🕒 | Meeting with Client re: Settlement conference | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 1.00h | $200.00 | - | $200.00 |
| 01/12/2023 | 🕒 | Attended Settlement conference | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 2.75h | $200.00 | - | $550.00 |
| 01/12/2023 | 🕒 | conferral with OC re: additional documents | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| 01/17/2023 | 🕒 | Call w/ Toussaint Cummings (OC) Re: Case and Settlement Negotiations | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.20h | $200.00 | - | $40.00 |
| 01/18/2023 | 🕒 | Call w/ Client Re: Settlement negotiations and documents received | EL22-03318-Saez EL- Saez, Iran v. Loman Distributors, Inc. | Jocelyn Rocha | 0.22h | $200.00 | - | $44.00 |
| | | | | | **13.12h** 0.00h | | **$0.00** | **$2,624.00** 13.12h |