UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23485-LENARD/LOUIS

IRAN SAEZ,

     Plaintiff,

v.

LOMAN DISTRIBUTORS, INC. AND
MANUEL LOPEZ,

     Defendants.

_____/

## NOTICE OF FILING EXHIBIT A
## TO JOINT MOTION FOR SETTLEMENT APPROVAL

Defendants, Loman Distributors, Inc. and Manuel Lopez, by and through undersigned counsel, file Exhibit A, to the Joint Motion for Settlement Approval [ECF No. 37]. Exhibit A is the Settlement Agreement between the parties.

Dated February 14, 2023.

s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Defendants*